IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| BILLY JOE WOLFE, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13CV00038 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| VIRGINIA DEPARTMENT OF ) | By: James P. Jones |
| TRANSPORTATION, ) | United States District Judge |
| COMMONWEALTH OF VIRGINIA, ) | |
| ) | |
| Defendant. ) | |

No timely objections having been filed to the Report and Recommendation of the magistrate judge filed February 11, 2015 (ECF No. 49), it is hereby **ORDERED** as follows:

1. The Report and Recommendation is fully ACCEPTED;

2. Plaintiff's Motion for Award of Attorneys' Fees and Costs (ECF No. 40) is GRANTED IN PART;

3. Plaintiff is hereby AWARDED attorneys' fees against Defendant in the amount of $79,041.00 and $3,171.57 in costs, for a total award of $82,212.57;

4. Plaintiff's action, having been finally determined by settlement and this award, is DISMISSED with prejudice; and

5. The clerk shall close the case.

ENTER: February 27, 2015

/s/ James P. Jones
United States District Judge